**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

GERBER FINANCE, INC.,

        Plaintiff/Counterclaim-Defendant,

-against-

VOLUME SNACKS INC., *et al.*,

        Defendants/Counterclaim-Plaintiffs.

---------------------------------------------------------X

Case No. 21-cv-507-JSR

Hon. Jed S. Rakoff

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated April 19, 2021, and all other prior proceedings held herein, Plaintiff and Counterclaim-Defendant Gerber Finance, Inc., by its attorneys, Loeb & Loeb LLP, will move this Court at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007-1312, before the Honorable Jed S. Rakoff, as soon as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Counterclaims of Defendants and Counterclaim-Plaintiffs Volume Snacks Inc., Tracy Freeman, and Denise O'Brien on the ground that the Counterclaims fail to state a claim upon which relief can be granted, together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the minute entry entered on April 12, answering papers, if any, shall be filed and served on or before May 3, 2021, and reply papers shall be filed and served on or before May 12, 2021.  Oral argument on the motion is scheduled for May 19, 2021 at 4:00 p.m. (ET).

Dated: New York, New York
April 19, 2021

**LOEB & LOEB LLP**

By: */s/ Vadim J. Rubinstein*
Vadim J. Rubinstein
Noah Weingarten
345 Park Avenue
New York, NY  10154
Telephone:  212.407.4000
Facsimile:   212.407.4990
vrubinstein@loeb.com
nweingarten@loeb.com

-and-

Lance N. Jurich (*pro hac vice* pending)
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:   310.282.2200
ljurich@loeb.com

*Attorneys for Plaintiff*
*Gerber Finance, Inc.*

20601964