**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                                                    :
GERBER FINANCE, INC.,                               :    Case No. 21-cv-507-JSR
                                                    :
            Plaintiff/Counterclaim-                 :    Hon. Jed S. Rakoff
            Defendant,                              :
                                                    :    **ORDER GRANTING MOTION FOR**
      -against-                                     :    **ADMISSION *PRO HAC VICE* OF**
                                                    :    **LANCE N. JURICH**
VOLUME SNACKS INC., *et al.*,                       :
                                                    :
            Defendants/Counterclaim-                :
            Plaintiffs.                             :
-------------------------------------------------------X

The motion of Lance N. Jurich, for admission to practice *pro hac vice* in the above-captioned action is **GRANTED.**

The applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff/Counterclaim-Defendant Gerber Finance, Inc. in this action and has submitted an affidavit and certificate of good standing meeting the requirements of Local Civil Rule 1.3(c). His contact information is as follows:

Lance N. Jurich
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:  310.282.2200
ljurich@loeb.com

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  New York  , New York
         April 20      , 2021

_____
UNITED STATES DISTRICT JUDGE

20513098