**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
:
GERBER FINANCE, INC.,                                     :     Case No. 21-cv-507-JSR
:
Plaintiff,                           :     Hon. Jed S. Rakoff
:
-against-                           :     **JUDGMENT**
:
VOLUME SNACKS INC., *et al.*,                        :
:
Defendants.                        :
:
-------------------------------------------------------X

JED S. RAKOFF, U.S.D.J.

Upon the filing of the *Affidavit of Confession of Judgment* of Denise O'Brien sworn to on

November 4, 2021, the *Verification of Volume Snacks Inc.* sworn to on November 4, 2021, and the

*Attorney Certification Pursuant to Cal. Civ. Code 1132(b)* of Anthony Bonuchi, Esq. sworn to on

November 12, 2021, it is

ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is entered in

favor of Plaintiff Gerber Finance, Inc. against Defendants Volume Snacks Inc. and Denise

O'Brien, jointly and severally, in the liquidated amount of $1,000,0000 and that Gerber have

execution therefor on December 31, 2021.

SO ORDERED:

Dated: New York, New York
November 22, 2021

_____
JED S. RAKOFF, U.S.D.J.

21470216